UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff

v.                                    Case No. **26-mj-30406**
                                    Originating No. 26CR33

**MASON ZIMMER,**

     Defendant.

_____/

## **GOVERNMENT'S PETITION**
## **FOR TRANSFER OF DEFENDANT TO**
## **ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MASON ZIMMER** to answer charges pending in another federal district, and states:

1. On **July 8, 2026**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **District of New Hampshire based on an Indictment**.  **The defendant is charged in that district with violating 18 U.S.C. Sections 2251(a) and 2252(a)(2) & (b)(1) – Child Exploitation and Receipt of Child Pornography.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Tara Hindelang*
TARA HINDELANG
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 8, 2026